IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
CIVIL ACTION NO.: 5:20-CV-00366-D

| | |
|---|---|
| COLORADO BANKERS LIFE INSURANCE COMPANY, | ) ) ) |
| *Plaintiff,* | ) **ORDER GRANTING MOTION** ) **TO STAY PROCEEDINGS** |
| v. | ) ) |
| AR PURCHASING SOLUTIONS 2, LLC and GLOBAL GROWTH HOLDINGS, INC. f/k/a ACADEMY ASSOCIATION, INC.,, | ) ) ) ) |
| *Defendants.* | |

On this day, came on to be considered the Unopposed Motion to Stay Proceedings filed by Defendants AR Purchasing Solutions 2, LLC and Global Growth Holdings, Inc. f/k/a Academy Association, Inc. and n/k/a Global Growth Holdings, LLC ("Defendants"). The Court hereby finds that for good cause shown, the Motion is approved and that all parties have consented to the Motion.

Therefore, IT IS ORDERED THAT Defendants' Unopposed Motion to Stay Proceedings is GRANTED and this action is hereby STAYED.

SO ORDERED. This the 21 day of February, 2025.

JAMES C. DEVER III
United States District Judge